IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARDVARK EVENT LOGISTICS, INC. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5873 |
| BOBCAR MEDIA, LLC and GOLDBERG AND : | |
| COHEN, LLP and MORRIS E. COHEN : | |

## ORDER

AND NOW, this 21st day of December, 2016, upon consideration of plaintiff Aardvark Event Logistics, Inc.'s motion to remand (Dkt. No. 7), the response of defendants Bobcar Media, LLC, Goldberg and Cohen, LLP and Morris E. Cohen (Dkt. No. 9) and plaintiff's reply brief (Dkt. No. 11), it is hereby ORDERED that the motion is DENIED.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J
