IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARDVARK EVENT LOGISTICS, INC. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5873 |
| BOBCAR MEDIA, LLC and GOLDBERG AND : | |
| COHEN, LLP and MORRIS E. COHEN : | |

## **ORDER**

AND NOW, this 5th day of January, 2017, upon consideration of defendants' motion to dismiss, Dkt. No. 5, plaintiff's response, Dkt. No. 10, and defendants' reply brief, Dkt No. 12, it is hereby ORDERED that the Motion is GRANTED and plaintiff's complaint is DISMISSED WITH PREJUDICE.

The Clerk of Court shall mark this case CLOSED.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J